FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 7 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America,<br><br>   Plaintiff,<br>v.<br><br>1. Julian Anthony Ross,<br>   (Counts 1 - 5)<br><br>2. Paul Norman Bayliss,<br>   (Counts 1-2)<br><br>   Defendants. | CR 11 506 PHX ROS<br><br>**INDICTMENT**<br><br>VIO: 21 U.S.C. §§ 846<br>(Conspiracy to Possess with Intent to Distribute)<br>Count 1<br><br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)<br>(Possession with Intent to Distribute)<br>Count 2<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Felon in Possession of Firearm)<br>Counts 3-5 |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

On or about July 16, 2010, in the District of Arizona, JULIAN ANTHONY ROSS and PAUL NORMAN BAYLISS did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1) and 841(b)(1)(B)(viii).

In violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about July 16, 2010, in the District of Arizona, JULIAN ANTHONY ROSS and PAUL NORMAN BAYLISS did knowingly and intentionally possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT 3

On or about October 12, 2010, in the District of Arizona, JULIAN ANTHONY ROSS, having been previously convicted of:

- Five (5) counts of Aggravated Assault on or about January 16, 1997, Superior Court of Arizona, Maricopa County, Case Number CR96-90448;
- Attempted Armed Robbery on or about January 16, 1997, Superior Court of Arizona, Maricopa County, Case Number CR96-90448;

each a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically: a Hi-Point pistol, model C9, 9mm caliber; which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4

On or about November 2, 2010, in the District of Arizona, JULIAN ANTHONY ROSS, having been previously convicted of:

- Five (5) counts of Aggravated Assault on or about January 16, 1997, Superior Court of Arizona, Maricopa County, Case Number CR96-90448;
- Attempted Armed Robbery on or about January 16, 1997, Superior Court of Arizona,

Maricopa County, Case Number CR96-90448;

each a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically: a Maverick shotgun, model 88, 12 gauge; which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 5

On or about November 16, 2010, in the District of Arizona, JULIAN ANTHONY ROSS, having been previously convicted of:

- Five (5) counts of Aggravated Assault on or about January 16, 1997, Superior Court of Arizona, Maricopa County, Case Number CR96-90448;
- Attempted Armed Robbery on or about January 16, 1997, Superior Court of Arizona, Maricopa County, Case Number CR96-90448;

each a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically: Raven pistol, model P-25, .25 caliber; which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date:   March 17, 2011

DENNIS K. BURKE
United States Attorney
District of Arizona

/S/
SARAH DEJONG
Special Assistant U.S. Attorney